MORGAN, LEWIS & BOCKIUS LLP
Molly Moriarty Lane, Bar No. 149206
molly.lane@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001

Attorneys for Defendants
Philips North America LLC and Philips RS North America LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CLIFTON,<br><br>Plaintiffs,<br><br>vs.<br><br>KONINKELIJKE PHILIPS, N.V.;<br>PHILIPS NORTH AMERICA, LLC; and<br>PHILIPS RS NORTH AMERICA, LLC,<br><br>Defendants. | Case No.: 2:21-cv-01804-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS PHILIPS NORTH AMERICA LLC'S AND PHILIPS RS NORTH AMERICA LLC'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 3014** |

Before the Court is Defendants Philips North America LLC and Philips RS North America LLC's Unopposed Motion To Stay Proceedings Pending Transfer To MDL No. 3014 (the "Motion"). The Court finds that the Motion is well taken and should be in all things GRANTED.

/////

/////

It is therefore ORDERED that all proceedings in this action are stayed.

**SO ORDERED.**

Dated:  October 27, 2021                     /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

2

ORDER GRANTING DEFENDANTS PHILIPS NORTH AMERICA LLC'S AND PHILIPS RS NORTH AMERICA LLC'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 3014