**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

CERTIFIED FROM THE RECORD
11/04/2021
Joshua C. Lewis
*Sarah M. Sewall*
Deputy Clerk

IN RE: PHILIPS RECALLED CPAP, BI−LEVEL PAP,
AND MECHANICAL VENTILATOR PRODUCTS
LIABILITY LITIGATION

**FILED**
Nov 05, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MDL No. 3014

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −2)**

On October 8, 2021, the Panel transferred 10 civil action(s) to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2021). Since that time, 83 additional action(s) have been transferred to the Western District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Joy Flowers Conti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Conti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of October 8, 2021, and, with the consent of that court, assigned to the Honorable Joy Flowers Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 03, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: PHILIPS RECALLED CPAP, BI−LEVEL PAP,
AND MECHANICAL VENTILATOR PRODUCTS
LIABILITY LITIGATION                                      MDL No. 3014

## SCHEDULE CTO−2 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 5 | 21−01650 | Rebecca Watson v. Koninklijke Philips N.V. et al |
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 21−01804 | Clifton v. Koninklijke Philips N.V. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 4 | 21−07681 | Hogan v. Koninklijke Philips N.V. et al |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 21−04316 | Walker et al v. Philips R S North America, LLC et al |
| INDIANA SOUTHERN | | | |
| INS | 4 | 21−00162 | HECHT et al v. KONINKELIJKE PHILIPS N.V. et al |
| MASSACHUSETTS | | | |
| ~~MA~~ | ~~1~~ | ~~21−11669~~ | ~~WALKER v. Philips North America LLC et al~~  Opposed on 10/29/21 |
| ~~MA~~ | ~~1~~ | ~~21−11670~~ | ~~MACK et al v. PHILIPS NORTH AMERICA LLC et al~~  Opposed on 10/29/21 |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 21−12439 | Bryant v. Koninkelijke Philips, NV et al |
| MISSISSIPPI NORTHERN | | | |
| MSN | 1 | 21−00156 | Dyson et al v. Koninklijke Philips N.V. et al |
| OHIO NORTHERN | | | |
| OHN | 1 | 21−01963 | Talley, Sr. v. Koninkelijke Philips, NV, et al |
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 21−00444 | Goins v. Koninklijke Phillips N.V. et al |

WISCONSIN EASTERN

| WIE | 2 | 21−01196 | Franklin v. Koninkelijke Philips NV et al |